```
KESSELMAN BRANTLY STOCKINGER LLP
David W. Kesselman (SBN 203838)
dkesselman@kbslaw.com
Amy T. Brantly (SBN 210893)
abrantly@kbslaw.com
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA  90266
Telephone:(310) 307-4555
Facsimile: (310) 307-4570

CURTIN MARITIME CORP.
Marley Norita Schroepfer (SBN 308783)
marley@curtinmaritime.com
PO Box 2531
Long Beach, CA 90801-2531
Telephone: (805) 901-2013
Facsimile: (562) 983-7269
```

*Attorneys for Plaintiff*
CURTIN MARITIME CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division – Los Angeles)

| | |
|---|---|
| CURTIN MARITIME CORP., a California corporation,<br><br>               Plaintiff,<br><br>     vs.<br><br>SANTA CATALINA ISLAND COMPANY, a Delaware corporation; AVALON FREIGHT SERVICES, LLC., a Delaware corporation,<br><br>               Defendants. | Case No. 2:16-cv-03290-TJH (AGRx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**(FED. R. CIV. PROC. 41(a)(1)(A)(ii))** |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), by and between the parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice and with all parties to bear their own fees and costs.

DATED: June 30, 2021                Respectfully submitted,

                                    KESSELMAN BRANTLY STOCKINGER LLP

                                    By:      *s/ David W. Kesselman*
                                                David W. Kesselman
                                    *Attorneys for Plaintiff*
                                    CURTIN MARITIME CORP.

DATED: June 30, 2021                PEACOCK PIPER TONG + VOSS LLP

                                    By:      *s/ Albert E. Peacock III*
                                                Albert E. Peacock III
                                    *Attorneys for Defendant*
                                    AVALON FREIGHT SERVICES, LLC

DATED: June 30, 2021                BERRY, SILBERBERG & STOKES LLC
                                    By:      *s/ Carol M. Silberberg*
                                                Carol M. Silberberg
                                    *Attorneys for Defendant*
                                    SANTA CATALINA ISLAND COMPANY

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with L.R. 5-4.3.4., I hereby attest that I have obtained the concurrence of all signatories in the filing of this document.

DATED: June 30, 2021                KESSELMAN BRANTLY STOCKINGER LLP

                                    By:      *s/ David W. Kesselman*
                                                David W. Kesselman
                                    *Attorneys for Plaintiff*
                                    CURTIN MARITIME CORP.